**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **LARRY DESHELES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:14-cv-00587** |
| **v.** | ) | |
| | ) | **Judge Nixon** |
| **CAROLYN W. COLVIN,** | ) | **Magistrate Judge Knowles** |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion for
Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), with Remand to Defendant
("Motion") (Doc. No. 14), filed with a Memorandum in Support (Doc. No. 15). Defendant states
that remand is warranted for "further consideration of Plaintiff's alleged disability." (*Id.* at 1.)
Defendant further states that Plaintiff's counsel has been contacted and has no objection to
Defendant's Motion. (Doc. No. 14 at 1.)

The Court hereby **GRANTS** Defendant's Motion to Remand, and **REVERSES** and
**REMANDS** this case to the Commissioner. Plaintiff's Motion for Judgment on the Pleadings
(Doc. No. 12) is hereby **TERMINATED AS MOOT**. This Order terminates this Court's
jurisdiction over the above-styled action, and the case is **DISMISSED**. The Clerk of the Court is
**DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___ day of August, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT